571.015, RSMo 2000. We affirm. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Jorge FERNANDEZ-MOLINA, Appellant.**

**WD 78103**

Missouri Court of Appeals, Western District.

ORDER FILED: AUGUST 23, 2016

Emmett Queener, Columbia, MO, for Appellant

Mary H. Moore, Jefferson City, MO, for Respondent

Before Division One: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Alok Ahuja, JJ.

**ORDER**

1. The Adult Abuse Act was revised effective

the first degree, Section 566.062, RSMo Cum. Supp. 2006. We affirm. Rule 30.25(b).

■

**C.K., Respondent,**

v.

**N.K., Appellant.**

**No. ED 103313**

Missouri Court of Appeals, Eastern District, Division Two.

Filed: May 3, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 2016

Application for Transfer Denied September 20, 2016

Steven A. Waterkotte, 7750 Clayton Road, Suite 209, St. Louis, MO 63117, Henderson & Waterkotte, P.C., Attorney for Appellant.

Chase C. Kohler, Acting Pro Se, 4200 Lockport Drive, Bridgeton, MO 63044, Attorney for Respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

**ORDER**

PER CURIAM.

N.K. ("Appellant") appeals the judgment of the Circuit Court of St. Louis County granting a full order of protection in favor of C.K. ("Respondent") pursuant to the Adult Abuse Act, Sections 455.010 through 455.090, RSMo (Cum.Supp.2013) [1].

August 28, 2015; however, the prior version

Appellant asserts the trial court erred because the evidence was insufficient to support the full order of protection. Appellant argues that Respondent failed to prove Appellant's actions caused alarm or substantial emotional distress to Respondent. Respondent did not file a respondent's brief. We have reviewed Appellant's brief and the record on appeal, and we find the trial court did not err. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2015).

was still in effect at the time of the events in     this case.